JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANGUARD LOGISTICS SERVICES (USA), INC., a California corporation, formerly known as NACA LOGISTICS (USA), INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GROUPAGE SERVICES OF NEW ENGLAND, LLC, a Massachusetts limited liability company; ECONOCARIBE CONSOLIDATORS, INC., d/b/a ECU WORLDWIDE & ECU WORLDWIDE (USA); and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 2:18cv-00517-DSF-GJS<br><br>**ORDER RE: JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Trial: October 18-21, 2022<br>Courtroom: 7D |

1

1   The Court, having read and considered the parties Joint Stipulation for
2   Dismissal with Prejudice, hereby GRANTS the Stipulation. The entire action,
3   including all claims and counterclaims stated herein against all parties, is hereby
4   dismissed with prejudice.

Each party will bear its own costs and attorney's fees.

The Court shall retain jurisdiction to enforce the confidential settlement agreement between the parties.

IT IS SO ORDERED.

Date: September 29, 2023

_____
Dale S. Fischer
United States District Judge